# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0971

VERSUS

MICHAEL LOUIS COSTA

**NOVEMBER 26, 2025**

---

In Re:     Michael Louis Costa, applying for supervisory writs, 23rd Judicial District Court, Parish of Ascension, No. 50152.

---

BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.

**WRIT NOT CONSIDERED.** Relator failed to comply with Uniform Rules of Louisiana Courts of Appeal, Rules 4-3 and 4-5(C)(11), by failing to include documentation of a timely request for the original return date, which required the application to be filed in this court on or before September 29, 2025. Therefore, this writ application appears untimely. Relator also failed to comply with Rules 4-5(C)(8) and (9) in that the application does not contain a copy of the motion for pretrial bond, the bill of information, and any opposition or written statement that no opposing written opposition was filed. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4.9. In the event relator elects to file a new application with this court, the application must be filed on or before December 29, 2025. Any future filing on this issue should include proof that a timely extension to the return date was obtained, the entire contents of this application, the missing items noted above, and a copy of this ruling.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT